## Harris v. Winelander.

OPINION BY KELLER, J., December 8, 1919:

This action arose out of the same accident as the case of Brown v. Winelander, just decided, was tried together with that case and raises the same question passed upon under the first assignment of error in that appeal. For the reasons set forth in our opinion in that case, the judgment is affirmed.